## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL ARNOLD, | ) |
| Petitioner, | ) |
| | ) NO. 06-CV-610-DRH |
| v. | ) |
| W. A. SHERROD, | ) |
| Respondent. | ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2241.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on June 2, 2009, the petition for writ of habeas corpus is **DISMISSED** with prejudice------------------------------------------------------------------------------------------

**JUSTINE FLANAGAN, ACTING CLERK**

**BY:** /s/*Sandy Pannier*
Deputy Clerk

Dated: June 2, 2009

APPROVED: /s/ *David R Herndon*
CHIEF JUDGE
U. S. DISTRICT COURT